UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

  v.                **DECISION AND ORDER**
                     08-CR-289S

TYRA LEE,

      Defendant.

  1.  On October 7, 2008, the Defendant entered into a written plea agreement (Docket No. 19) and pled guilty to a Two Count Felony Information (Docket No. 18) charging violations of Title 18, U.S.C. Section 1029(a)(2) (access device fraud),

  2.  On October 7, 2008, the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, filed a Report and Recommendation (Docket No. 21) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

  3.  This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1)(C) and Local Rule 58.2(a)(3).

  4.  This Court has carefully reviewed *de novo* Judge Schroeder's October 7, 2008, Report and Recommendation, the plea agreement, transcript of the proceeding, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Schroeder's Report and Recommendation, and will accept Judge Schroeder's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Schroeder's October 7, 2008 Report and Recommendation (Docket No.21) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Trya Lee is accepted, and she is now adjudged guilty of Title 18, U.S.C. Section 1029(a)(2).

SO ORDERED.

Dated: November 25, 2008
       Buffalo, New York

                                      /s/William M. Skretny
                                      WILLIAM M. SKRETNY
                                      United States District Judge